# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LEVITICUS "BRIDGETTE" STERLING

VERSUS

JOAN LAPLACE, CHRISTIAN BROTHERS SERVICES D/B/A CHRISTIAN BROTHERS RISK POOLING TRUST, AND AFFILIATE CONGREGATION OF THE SISTERS OF ST. JOSEPH, INC. AND OLD REPUBLIC INSURANCE COMPANY

NO.  2021 CW 1385

**DECEMBER 30, 2021**

---

In Re:    Christian Brothers Pooling Trust, Joan LaPlace, and Congregation of the Sisters of St. Joseph, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 698367.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT GRANTED.** The portion of the district court's October 13, 2021 judgment which allows plaintiff, Leviticus "Bridgette" Sterling, to videotape the additional medical examination granted by the court is reversed. The additional medical examination ordered by the district court is to be conducted without recording.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT